

CAMPEAU GOODSELL SMITH, L.C.
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:   (408) 295-9555
Facsimile:    (408) 295-6606

ATTORNEYS FOR
The Saunders Company

The following constitutes
the order of the court. Signed May 30, 2014

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

In re:

Gwen Susan Rocha,

　　　　　　　Debtor.

Case No. 14-52015

CHAPTER 11

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

Hearing Date: May 28, 2014
Hearing Time: 3:00 p.m.
Location:
　　United States Bankruptcy Court
　　Rm. 3070
　　280 South 1st St.
　　San Jose, CA 95113
Judge: Honorable Charles Novack

The Court, having read and considered the Motion for Relief From Stay filed by The Saunders Company ("TSC") with respect to real properly commonly known as 304 & 306 S. First Street, King City, CA (A.P.N. 026-241-008)("Real Property") so TSC may proceed to exercise is rights and remedies under its note, deed of trust, and state law and recover possession, including but not limited to an unlawful detainer ("Motion") (Docket#10), having conducted a hearing on May 28, 2014 as indicated above, having noted on the record any

appearances of parties, and having found good cause, does, for the reasons stated on the record, grant the Motion.

Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Relief from stay is granted pursuant to 11 U.S.C. 105, 362 (d)(2)(B) of the United States Bankruptcy Code with respect to TSC and its interest the real properly commonly known as 304 & 306 S. First Street, King City, CA (A.P.N. 026-241-008) and TSC may proceed to exercise is rights and remedies under its note, deed of trust, and state law and recover possession, including but not limited to an unlawful detainer;

2. This order shall be binding and effective and shall supercede any subsequently entered order confirming a plan of reorganization, conversion, and/or dismissal of the case; and

3. The provisions of Rule 4001 (a)(3) of Federal Rules of Bankruptcy Procedure are waived.

***End of Order***

APPROVED AS TO FORM
Central Coast Bankruptcy

By: *Not Signed/No Response*
    Aaron Lipton, Esq.
    Attorneys For Debtor
    Dated: May 29, 2014

Court Service List